IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
      Plaintiff,

    vs.                               No. 19-1196-JTM

DEFENDANT NO. 1: $25,998.25 IN
UNITED STATES CURRENCY, More or Less,
    *et al.*,
      Defendants.

MEMORANDUM AND ORDER

For good cause shown, the government's Motion to Seal (Dkt. 3) is hereby granted, and the Complaint for Forfeiture and its related pleadings shall be sealed and such shall not be disclosed pending further order of the Court, except for the service of the warrant of arrest in rem upon the Wichita Police.

It is so ORDERED this 5th day of August, 2019.

*J. Thomas Marten*
J. Thomas Marten, Judge